THE COUNTY OF DESOTO, STATE OF FLORIDA, and M. H. HAR-
RISON, C. E. McRAE, F. E. PLATT, ALBERT CARLTON and
H. J. DOWNING, Composing the Board of County Com-
missioners of the County of DeSoto, State of Florida,
*Plaintiffs in Error*, v. THE STATE OF FLORIDA ex rel. THE
COUNTY OF CHARLOTTE, STATE OF FLORIDA, *Defendant in
Error.*

Division B.

Decision filed March 19, 1929.

*R. E. Brown*, for Plaintiffs in Error;

*J. H. Hancock* and *Cooper, Knight, Adair, Cooper &
Osborne*, for Defendant in Error.

PER CURIAM.—This cause having heretofore been submit-
ted to the Court upon the transcript of the record of the
judgment herein, and briefs and arguments of counsel for
the respective parties, and the record having been seen and
inspected, and the Court being now advised of its judgment
to be given in the premises, it seems to the Court that there
is no error in the said judgment; it is, therefore, consid-
ered, ordered, and adjudged by the Court that the said
judgment of the Circuit Court be, and the same is hereby
affirmed.

Affirmed.

WHITFIELD, P. J., AND STRUM AND BUFORD, J. J., concur.